UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA            :

        - v. -                       :    **INFORMATION**

PATRICK SANON,                      :    04 Cr.

             Defendant.           :

------------------------------------x

**04 CRIM. 814**

COUNT ONE

The United States Attorney charges:

1.   From in or about 2001 through on or about March 4, 2004, in the Southern District of New York and elsewhere, PATRICK SANON, the defendant, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.   It was a part and an object of the conspiracy that PATRICK SANON, the defendant, and others known and unknown, unlawfully, intentionally and knowingly would and did distribute and possess with intent to distribute a controlled substance, to wit, 5 kilograms and more of substances and mixtures containing cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A).

3.   It was further a part and an object of the conspiracy that PATRICK SANON, the defendant, and others known and unknown, unlawfully, intentionally and knowingly would and

did distribute and possess with intent to distribute a controlled substance, to wit, 50 kilograms and more of marihuana, in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(C).

(Title 21, United States Code, Section 846.)

## COUNT TWO

The United States Attorney further charges:

4.  In or about 2001, in the Eastern District of New York, PATRICK SANON, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction in the Supreme Court of North Carolina, Wake County, on or about August 5, 1996, for the felonies of Kidnapping in the Second Degree and Burglary in the First Degree, unlawfully, willfully, and knowingly did possess in and affecting commerce firearms which had previously been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

## COUNT THREE

The United States Attorney further charges:

5.  In or about 2002, in the Eastern District of New York and elsewhere, the defendant, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate and agree together and with each other to violate Title 18, United States Code, Section 1344.

6. It was a part and object of the conspiracy that PATRICK SANON, the defendant, and others known and unknown, unlawfully, willfully and knowingly, would and did execute a scheme and artifice to defraud financial institutions, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain monies, funds, credits, assets, securities and other property owned by, and under the custody and control of, said financial institutions, by means of false and fraudulent pretenses, representations and promises, in violation of Title 18, United States Code, Section 1344.

<u>Overt Act</u>

7. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Eastern District of New York:

a. In or about 2002, PATRICK SANON, the defendant, received and transferred counterfeit corporate checks for deposit into banks.

(Title 18, United States Code, Section 371.)

*[signature]*
DAVID N. KELLEY
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

- v. -

**PATRICK SANON,**

Defendant.

### INFORMATION

04 Cr.

(Title 21, United States Code,
Section 846; Title 18, United States Code,
Sections 924(g)(1) and 371)

DAVID N. KELLEY
United States Attorney.

---

8/5/04 Waiver + information filed. Deft. arraigned on information. Deft. pres. w/atty. Robert Soloway. AUSA, Harry Chernoff; Court reporter Joanne Mancari pres. A plea of not guilty is entered. Deft cont'd remanded. Hellerstein, J

8/5/04 Change of plea hearing held. Deft pres w/atty Robert Soloway; AUSA, Harry Chernoff pres. Court reporter Joanne Mancari pres. Deft withdraws previous plea of not guilty and enters a plea of guilty to Counts 1, 2 + 3. Sentencing set for 12/15/04 @ 10:00 a.m.

0293