```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA,                :
                                         :      ORDER UNSEALING CASE FILE
            -against-                    :
                                         :      04 Cr. 814 (AKH)
PATRICK SANON,                           :
                                         :
                        Defendant.       :
------------------------------------------------------x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

   WHEREAS the case file of Patrick Sanon, 04 Cr. 814, is sealed; and

   WHEREAS Patrick Sanon was sentenced on November 20, 2007;

   IT IS THEREFORE ORDERED THAT the the case file of Patrick Sanon, 04 Cr. 814, be unsealed for the purpose of filing the judgment and commitment order.

   SO ORDERED.

Dated:   New York, New York
         November 29, 2007

                                         _____
                                         ALVIN K. HELLERSTEIN
                                         United States District Judge

