```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,        :
        - v. -                   :
                                        NOTICE OF INTENT TO
PATRICK SANON,                   :      FILE AN INFORMATION

             Defendant.          :      04 Mag. 477

- - - - - - - - - - - - - - - - x
```

**ORIGINAL** Judge Hellerstein

04 CRIM. 814

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         June 2, 2004

                              DAVID N. KELLEY
                              United States Attorney

                         By:  _____
                              Harry A. Chernoff
                              Assistant United States Attorney

                              AGREED AND CONSENTED TO:

                         By:  _____
                              Robert A. Soloway, Esq.
                              Attorney for Patrick Sanon

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/04

6/2/04