```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,        :
        - v. -                   :
PATRICK SANON,                   :
            Defendant.           :
- - - - - - - - - - - - - - - - x
```

**04 CRIM. 814**

**WAIVER OF INDICTMENT**

04 Cr.

The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, and Title 18, United States Code, Sections 924(g)(1) and 371, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

X _Patrick Sanon_____
Defendant

_Brigitte Jones_____
Witness

_Robert A. Soloway_____
Counsel for Defendant

Date:  New York, New York
       August 5, 2004

0202

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/04
```