U.S. Department of Justice

United States Attorney
Southern District of New York




The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 28, 2007

Sentencing will be
October 10, 2007,
on Probation
at 9:30 am
will proceed to
first set.
6.28.07
/s/ AKH

BY FACSIMILE
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

Re: **United States v. Patrick Sanon**
    **04 Cr. 814 (AKH)**

Dear Judge Hellerstein:

The above-referenced defendant's sentencing has been pending following his guilty plea pursuant to a cooperation agreement. Because the defendant's assistance to the Government is now complete, the Government respectfully requests that a sentencing date be set and that the Probation Office be directed to commence its pre-sentence investigation.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Harry A. Chernoff
Harry A. Chernoff
Assistant U.S. Attorney
(212) 637-2481

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/07

cc: Robert A. Soloway, Esq.

**MEMO ENDORSED**

TOTAL P.02